FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN JAMES JOHNSON, JR.,<br><br>Defendant. | No. 2:20-CR-00053-WFN-3<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>**MOTION DENIED**<br>**(ECF No. 101)**<br><br>**MOTION DENIED AS MOOT**<br>**(ECF No. 100)** |

Before the Court is Defendant's Amended Expedited Motion for Reconsideration, **ECF No. 101**.

The Court has reviewed the records and files herein and Defendant's motions, **ECF No. 100, 101**. The Court **FINDS** Defendant has not provided material information that was unavailable at the time of the previous Motion for Release from Custody, **ECF No. 98.**

Accordingly, **IT IS ORDERED** Defendant's Amended Motion, **ECF No. 101**, is **DENIED**. Defendant's Motion at **ECF No. 100**, is **DENIED AS MOOT.**

**IT IS SO ORDERED.**

DATED August 14, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 1