FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 26, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEPHEN JAMES JOHNSON, JR.,<br><br>Defendant. | No. 2:20-CR-00053-WFN-3<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION<br><br>**MOTION DENIED**<br>**(ECF No. 107)** |

   Before the Court is Defendant's Motion for Reconsideration, **ECF No. 107**. The motion is filed by Defendant personally, not through his attorney of record.

   All communication regarding a case must come from a party's attorney of record. In a criminal case a court should not receive or consider information received directly from a defendant regarding a matter pending before that court. Such communications present an appearance of improper *ex parte* communication and, separately, may seriously prejudice the defense in ways not anticipated by the defendant.

   The Court has reviewed the records and files herein and Defendant's motion, **ECF No. 107**. The Court **FINDS** Defendant has not provided material information that was unavailable at the time of the previous Motions for Release from Custody, **ECF Nos. 98, 101.**

///

ORDER - 1

Accordingly, **IT IS ORDERED** Defendant's Motion for Reconsideration, **ECF No. 107**, is **DENIED**.

**IT IS SO ORDERED.**

DATED August 26, 2020.



_____
JOHN T. RODGERS
UNITED STATES MAGISTRATE JUDGE

ORDER - 2