William D. Hyslop
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  v.<br><br>STEPHEN JAMES JOHNSON, JR.,<br><br>        Defendant. | 2:20-CR-00053-WFN-3<br><br>United States' Notice of Review and Objections to the Presentence Investigation Report |

   Plaintiff, United States of America, by and through William D. Hyslop, United States Attorney for the Eastern District of Washington, and Patrick J. Cashman, Assistant United States Attorney for the Eastern District of Washington, submits the following notice of review and objections to the draft Presentence Investigation Report ("PSIR"). (ECF No. 195).

   The United States has no legal objections to the PSIR.

   Dated: January 22, 2021.

                    William D. Hyslop
                     United States Attorney

                     *s/ Patrick J. Cashman*
                     Patrick J. Cashman
                     Assistant United States Attorney

United States' Review and Objections to Draft Pre-Sentence Investigation Report - 1

**CERTIFICATE OF SERVICE**

I hereby certify that on January 22, 2021, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Stephen Hormel

*s/ Patrick J. Cashman*
Patrick J. Cashman
Assistant United States Attorney

United States' Review and Objections to Draft Pre-Sentence Investigation Report - 2