PROB 12C
(6/16)

Report Date: August 27, 2021

## United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Aug 27, 2021**

Eastern District of Washington

SEAN F. MCAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Stephen James Johnson, Jr. | Case Number: 0980 2:20CR00053-WFN-3 |
| Address of Offender: | Spokane Valley, Washington 99206 |

Name of Sentencing Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: March 2, 2021

Original Offense:    Dealing in Counterfeit Obligations or Securities, 18 U.S.C. § 473

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 114 days<br>TSR - 36 days | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | Patrick J. Cashman | Date Supervision Commenced: March 2, 2021 | |
| Defense Attorney: | Christina Wong | Date Supervision Expires: March 1, 2024 | |

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 08/05/2021.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 12 | **Special Condition #4**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.<br><br>**Supporting Evidence**: On August 10, 2021, Stephen Johnson allegedly violated special condition number 4 by consuming methamphetamine.<br><br>On March 11, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson, as outlined in the judgment and sentence. He signed a copy acknowledging the requirements.<br><br>On August 11, 2021, the undersigned officer received notification from Pioneer Human Services (PHS) that the offender reported for phase urinalysis testing on August 10, 2021, and provided a urine sample that tested presumptive positive for methamphetamine and amphetamine. |

Prob12C
Re: Johnson, Stephen James
August 27, 2021
Page 2

On August 20, 2021, this officer received confirmation from the laboratory that the urine sample provided by Mr. Johnson on August 10, 2021, was in fact positive for methamphetamine and amphetamine.

13    **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 16, 2021, Stephen Johnson allegedly violated special condition number 4 by consuming methamphetamine.

On March 11, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On August 16, 2021, Mr. Johnson reported to PHS for phase urinalysis testing and provided a urine sample that tested presumptive positive for methamphetamine and amphetamine.

On August 26, 2021, this officer received confirmation from the laboratory that the urine sample provided by Mr. Johnson on August 16, 2021, was in fact positive for methamphetamine and amphetamine.

14    **Special Condition #4**:  You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: On August 25, 2021, Stephen Johnson allegedly violated special condition number 4 by consuming methamphetamine.

On March 11, 2021, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Johnson, as outlined in the judgment and sentence.  He signed a copy acknowledging the requirements.

On August 26, 2021, Mr. Johnson appeared before U.S. Magistrate Judge, John T. Rodgers for an initial appearance.  While waiting for his case to be called, this officer noticed the offender "nodding out."  As a result, after the hearing concluded, the assigned officer instructed Mr. Johnson to report directly to the U.S. Probation Office for random urinalysis testing.

Following his initial appearance on August 26, 2021, the offender reported to the probation office as instructed and provided a urine sample that tested presumptive positive for methamphetamine.  He subsequently admitted to the use of methamphetamine on or about August 25, 2021, and signed an admission of use form confirming his use.

The U.S. Probation Office respectfully recommends the Court **issue a warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

Prob12C
**Re: Johnson, Stephen James**
**August 27, 2021**
**Page 3**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  08/27/2021

s/Amber M.K. Andrade

Amber M.K. Andrade
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[X]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

8/27/2021

Date